IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01265-WDM-BNB

VERNELL MITCHELL,

    Petitioner,

v.

GARY WATKINS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ON MOTION TO AMEND

Miller, J.

This matter is before me on the Motion to Amend Order of Judgment and Dismissal (doc no 36) filed by Petitioner. Petitioner requests that rather than dismissing this case, the matter be stayed pending his exhaustion of his state remedies. Although I may have discretion to stay rather than dismiss, I decline to do so, particularly since Petitioner has no exhausted claims pending in this action. In addition, Petitioner argues that his claims were indeed exhausted. Petitioner raised this argument in his objections to the Magistrate Judge's recommendation; I considered and rejected it before accepting the recommendation. Accordingly, I discern no

manifest error or new evidence justifying an amendment to the order of dismissal.

Petitioner's motion is denied.

     DATED at Denver, Colorado, on March 14, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge